UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,
aka GARY FRANCIS FISHER,

Plaintiff,

v.

JOHN DOE,

Defendant.

Case No. 15-cv-01650-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. No. 4

Plaintiff Gary Dale Barger has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. His IFP application lacks two necessary documents: a Certificate of Funds completed and signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. He also has failed to file a complaint. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Barger may move to reopen the action. Any such motion **must** contain a complete IFP application, which includes the two documents mentioned above, **or** full payment for the $400.00 filing fee. He also must include a properly completed complaint. Barger's IFP application (Docket No. 4) is DENIED as insufficient. The Clerk shall terminate Docket No. 4, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 27, 2015

WILLIAM H. ORRICK
United States District Judge